IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MANUELA ORTIZ-QUINONES, | § | |
| | § | No. 171, 2018 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | C.A. No. N13C-10-196 |
| CHRISTIANA CARE HEALTH | § | |
| SERVICES, INC., a Delaware | § | |
| Corporation, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: August 10, 2018
Decided: November 5, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

After careful consideration of the parties' briefs and the record on appeal, we conclude that the Superior Court's judgment should be affirmed on the basis of the court's well-reasoned decision of March 8, 2018.[*] The Superior Court properly granted summary judgment as a matter of law to the defendant-below/appellee, Christiana Care Health Services, Inc., following the court's determination that the plaintiff-below/appellant, Manuela Ortiz-Quinones, had failed to support an essential element of her medical negligence claim.

---

[*] 2018 WL 1225731 (Del. Super. Ct. Mar. 8, 2018).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice